UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CATHLEEN CARPENTER, ) | CASE NO. 1:17CV2052 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | GEORGE J. LIMBERT |
| ) | |
| NLCI PROPERTY ) | |
| MANAGEMENT, LLC, et al., ) | ORDER |
| ) | |
| Defendant. ) | |

On March 16, 2018, the parties filed a joint motion for approval of the settlement agreement. ECF Dkt. #15. As the parties have reached a settlement agreement and jointly submitted a release and settlement agreement, the Court approves the release and settlement agreement as stipulated by the parties and dismisses the instant case with prejudice. *See* ECF Dkt. #15, #15-1. The Court retains jurisdiction to enforce the terms of the release and settlement agreement.

IT IS SO ORDERED.


Date: March 19, 2018          */s/George J. Limbert*
                              GEORGE J. LIMBERT
                              UNITED STATES MAGISTRATE JUDGE